ACCEPTED
03-14-00340-CV
5141246
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 3:14:27 PM
JEFFREY D. KYLE
CLERK

Alfred Herrera*
Jim Boyle-Of Counsel*
Felipe Alonso III
Jason Wakefield

816 Congress Ave.

Suite. 1250 Austin,

Texas 78701

512-474-1492 (p)

512-474-2507 (f)

www.herreraboylelaw.com

# HERRERA ◆ BOYLE PLLC

May 4, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 3:14:27 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Clerk of the Court
P.O. Box 12547
Austin, Texas 78711-2547

Re: Court of Appeals Number: 03-14-00340-CV – Post Submission Filings
Trial Court Case Number: D-1-GN-13-001238

Style: *CPS Energy, Time Warner Cable Texas LLC, and Southwestern Bell Telephone Company d/b/a AT&T//Cross-Appellant, Public Utility Commission of Texas v. Appellee, Public Utility Commission of Texas//Cross-Appellee, CPS Energy, Time Warner Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T*

Dear Mr. Kyle:

The Court heard oral argument in this proceeding on April 22, 2015.

At oral argument, the Court suggested that the parties could provide post-submission briefs on the Commission's position that its Findings of Fact 84 -87 and Conclusion of Law No. 27 were advisory (related to CPS Energy Appellant's Point of Error No. 2).[1]

The parties have conferenced and have agreed that initial post-submission filings shall be submitted to the Court no later than May 8, 2015. Please let me know if this is not acceptable to the Court.

---

[1] On April 20, 2015, two days prior to oral argument, the Office of the Attorney General for the State of Texas, on behalf of the Public Utility Commission, submitted a letter to the Court that it was their position that the Court lacked jurisdiction with regard to CPS Energy Appellant's Point of Error No. 2, and in particular Findings of Fact 84-87 and Conclusion of Law No. 27. The Attorney General contends that the matters addressed in the Commission's Order on Rehearing at Findings of Fact 84-87 and Conclusion of Law No. 27 address statements about the future and thus are advisory.

*Board Certified in
Administrative Law
by the Texas Board of
Legal Specialization

Respectfully submitted,

By:    /s/ Alfred R. Herrera

Alfred R. Herrera
State Bar No. 09529600
aherrera@herreraboylelaw.com


cc:      Counsel of Record




## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of May 2015, a true and correct copy of **CPS Energy's Letter to the Clerk** was served upon all parties listed below in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas Rules of Appellate Procedure.


By: /s/ Alfred R. Herrera

Alfred R. Herrera

## LIST OF PARTIES

### PARTIES AND ATTORNEYS FOR
### CAUSE NO. D-1-GN-13-001238 (CONSOLIDATED)

| Counsel for Public Utility Commission of Texas: | Counsel for CPS Energy: |
|---|---|
| Douglas Fraser<br>Megan Neal<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-02548<br>Phone:  (512) 463-2012<br>Fax:  (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>megan.neal@texasattorneygeneral.gov | Alfred R. Herrera<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Phone: (512) 474-1492<br>Fax:  (512) 474-2507<br>aherrera@herreraboylelaw.com |

| Counsel for AT&T Texas: | Counsel for CPS Energy: |
|---|---|
| Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, 14th Floor<br>San Antonio, Texas 78215<br>Phone: (210) 351-4830<br>Fax: (210) 886-2127<br>paul.drummond@att.com<br>natalie.hall@att.com | Carolyn Shellman<br>Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>cdbrockmann@cpsenergy.com<br>cshellman@cpsenergy.com |
| **Counsel for AT&T Texas:** | **Counsel for AT&T Texas:** |
| Michael T. Sullivan<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>Fax: (312) 706-8689<br>msullivan@mayerbrown.com | J. David Tate<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>Phone: (512) 457-2304<br>Fax: (512) 870-3420<br>jon.david.tate@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com |
| **Counsel for Time Warner Cable Texas LLC:** | **Counsel for Time Warner Cable Texas LLC:** |
| Valerie P. Kirk<br>Melissa Lorber<br>Enoch Kever PLLC<br>600 Congress Avenue, Suite 2800<br>Austin, Texas 78701<br>Phone: (512) 615-1200<br>Fax: (512) 615-1198<br>vkirk@enochkever.com<br>mlorber@enochkever.com | J.D. Thomas<br>Paul A. Werner<br>Sheppard Mullin Richter & Hampton LLP<br>1300 I Street, N.W.<br>11th Floor East<br>Washington DC 20005<br>Phone: (202) 218-0000<br>Fax: (202) w218-0020<br>dthomas@sheppardmullin.com<br>pwerner@sheppardmullin.com |